IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derrick Sweeting, :
:
    Plaintiff(s), :
: Case Number: 1:20cv290
vs. :
: Judge Susan J. Dlott
Officer Welch Wes, et al., :
:
    Defendant(s). :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 20, 2020 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 3, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for preliminary injunction/temporary restraining order is DENIED.

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott____
                                            Judge Susan J. Dlott
                                            United States District Court