IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Derrick Sweeting, | : | Case No. 1:20cv290 |
| Plaintiff, | : | |
| vs. | : | Judge Susan J. Dlott |
| Officer Welch Wes, et al., | : | |
| Defendants. | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 16, 2020 (Doc. 38), to whom this case was referred pursuant to 28 U.S.C. §636(b). Subsequently, the plaintiff filed objections to the Report and Recommendation (Doc. 40 and 47) and the defendant filed a response to the objections (Doc. 48).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that plaintiff's motions for preliminary injunction/temporary restraining order (Docs. 32, 35) are DENIED.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge