IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derrick Sweeting,                    :
                                     :
            Plaintiff,               :
                                     :
                                     :    Case Number: 1:20cv290
    vs.                              :
                                     :    Judge Susan J. Dlott
Wesley Welch                         :
                                     :
            Defendant.               :

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 26, 2021 a Report and Recommendation (Doc. 69). Subsequently, the Plaintiff filed objections to such Report and Recommendation (Doc. 71).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that Defendant's motion for summary judgment (Doc. 64) is GRANTED. Plaintiff's motions (Docs. 45, 62) are DENIED to the extent that he seeks a preliminary injunction in the form of a transfer from SOCF. It is further ORDERED that Plaintiff's motion for writ of mandamus (Doc. 70), Plaintiff's motion for relief from judgment (Doc. 72), and Plaintiff's motion to provide evidence (Doc. 76) are denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order adopting this Report and Recommendation would not be taken in good faith.

This case is hereby TERMINATED upon the Court's docket.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court